**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

The State, Respondent,

v.

Travis Jones, Appellant.

Appellate Case No. 2011-205206

Appeal from Charleston County
Deadra L. Jefferson, Circuit Court Judge

Memorandum Opinion No. 2014-MO-001
Heard December 4, 2013 – Filed January 8, 2014

**AFFIRMED**

Appellate Defender Benjamin John Tripp, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Assistant Attorney General William M. Blitch, Jr., both of Columbia, for Respondent.

**PER CURIAM:** Affirmed pursuant to Rule 220(b)(1), SCACR, and the following authority: *State v. Collins*, 266 S.C. 566, 225 S.E.2d 189 (1976).

**AFFIRMED.**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**